RUSSELL CAPRON, Respondent, v. ANTHONY CANDIELLO, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

RUSSEL S. JOHNSON, Appellant, v. TOWN OF REMSEN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

HENRY L. F. TREBERT, JR., Respondent, v. HYMAN GOLDMAN and Others, Defendants, Impleaded with THOMAS E. LUNT, Appellant.— Orders affirmed, with ten dollars costs and disbursements. Appeal from judgment dismissed, without costs, as not appealable. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

SAMUEL FRANKEL, Appellant, v. FIRST NATIONAL BANK OF KENMORE, N. Y., Respondent, Impleaded with MATTHEW D. YOUNG and Others, Defendants.— Judgment affirmed, with costs, on the ground that the judgment in favor of the bank and against the plaintiff upon the note is *res adjudicata* in the present case. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Application of the BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF NIAGARA FALLS, NEW YORK, and Others, Respondents, for a Mandamus Order against THE CITY OF NIAGARA FALLS and Others, Appellants.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHESTER PLATT, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID SHAPIRO, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Order affirmed, without costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

CARL DOMRES, Respondent, v. SUSIE M. STORMS, as Executrix, etc., of FREDERICK W. STORMS, Deceased, Appellant.— On reargument, judgment reversed on the law, with costs, and complaint dismissed, with costs, on the authority of *Herzog v. Stern* (264 N. Y. 379). All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [See *ante*, p. 676.]

In the Matter of the Arbitration of Certain Controversies between CATARACT ICE COMPANY, Respondent, and ANDREW SPACONE and EMIDIO ROSATONE, Individually and as Copartners Doing Business under the Firm Name and Style of NIAGARA CRYSTAL ICE COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HAROLD E. COLE and W. GLENN SEDAM, Respondents, v. WESSEL, DUVAL & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.